966

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUSSELL SCHULTZ, Appellant.— Order unanimously reversed and matter remitted to Ontario County Court for further proceedings in accordance with the memorandum. Memorandum: Appellant was convicted in 1963 of grand larceny, first degree, and thereafter sentenced as a multiple offender to a term of imprisonment of from 15 years to life. Upon the trial a statement made by appellant was received in evidence. As is conceded by the respondent the issue as to whether this statement was voluntarily made was submitted to the jury. The case should be remitted for further proceedings consistent with *People* v. *Huntley* (15 N Y 2d 72). (Appeal from order of Ontario County Court denying, without a hearing, motion to vacate a judgment of conviction for grand larceny, first degree, rendered December 6, 1963.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.